UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ASHLEY CORRYN CHAMBERLIN, | Case No. 2:24–cv–1382–CSK |
|---|---|
| Plaintiff, | ORDER GRANTING IFP AND DIRECTING SERVICE |
| v. | (ECF No. 2) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This case was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and Eastern District of California Local Rule 302(c)(15) and Appx. A subsection (j). Plaintiff Ashley Corryn Chamberlin requests leave to proceed in forma pauperis ("IFP") without prepayment of the filing fee under 28 U.S.C. § 1915. (ECF No. 2.)

Plaintiff's affidavit demonstrates an inability to prepay fees and costs or give security for them, and so is GRANTED. The Clerk of Court is directed to issue (i) a summons for this case pursuant to Rule 3 of the Supplemental Rules for Social Security actions; (ii) the undersigned's scheduling order for Social Security cases; and (iii) the court's order regarding consent to the jurisdiction of a magistrate judge.

Dated: May 20, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

3, cham.1382

1